**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN J. SIMEONE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-890-Orl-31GKJ

**SPECIALITY ROOFING AND COATING COMPANY and MARK SCHMIDTER,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Amended Motion for Entry of Default Final Judgment (Doc. No. 19) filed February 18, 2008.

On May 15, 2008, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Amended Motion for Entry of Default Final Judgment is GRANTED.

3.  The Clerk is directed to enter Judgment in favor of the Plaintiff John J. Simeone against the Defendants Speciality Roofing and Coating Company and Mark Schmidter, jointly and severally, in the total amount of **$8,439.03** ($2,250.00 in unpaid overtime compensation,

$2,250.00 in liquidated damages, $1,350.00 in unpaid wages including his final paycheck, $2,150.00 in reasonable attorneys fees and $439.03 in costs) and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 3rd day of June, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE